UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

LUIS ALBERTO RAMIREZ DUARTE,

     Petitioner,

v.

                                 No. 1:26-CV-095-H

PAMELA BONDI, et al.,

     Respondents.

## ORDER OF DISMISSAL

Before the Court is the petitioner's motion to dismiss his habeas corpus petition (Dkt. No. 1), which was mistakenly filed twice in two different matters before this Court. *See Ramirez Duarte v. Bondi*, No. 1:26-CV-109 (N.D. Tex.). Because the respondents have not filed an answer or motion for summary judgment, the Court instructs the Clerk of Court to dismiss the petition (Dkt. No. 1) without prejudice under Rule 41(a)(1)(A)(i). Ramirez Duarte's other petition (No. 1:26-CV-109, Dkt. No. 1) remains pending.

So ordered on March _23_, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE